**Michael T. MASUOKA, Plaintiff–Appellant,**

v.

**G.W. MURPHY CONSTRUCTION COMPANY, Incorporated; 1–5 John Does, Entities; Jane Does, 1–5 Entities; Does Corporation, 1–5 entities;**

Does Partnership, 1–5 Entities; John Does, 1–5 Governmental Entities; Jane Does, 1–5 Governmental Entities, Defendants–Appellees,

v.

Argonaut Insurance Company, Inc.; Kenneth T. Goya, Insurance Agent, Defendants.

No. 02–1189.

United States Court of Appeals, Fourth Circuit.

Submitted April 11, 2002.

Decided July 8, 2002.

Michael T. Masuoka, Appellant Pro Se. Mark David Crawford, Friedlander, Misler, Friedlander, Sloan & Herz, Washington, D.C., for Appellees.

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael T. Masuoka appeals the district court's order denying his "motion for independent action to vacate and set aside the judgments filed on February 14th and 21st." We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Masuoka v. G.W. Murphy Construction Co.*, No. CA–00–829–AM (E.D.Va. Jan. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*